# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Karen Morse, | ) | |
| | ) | **ORDER FOR STATUS CONFERENCE** |
|    Plaintiff, | ) | |
| | ) | |
|  vs. | ) | |
| | ) | |
| City of Velva, a municipal corporation; | ) | |
| Mark and Karen Olson; Forrest and Julie | ) | |
| Froshaug; and Gerald and Jill Lohnes, | ) | |
| | ) | Case No. 1:19-cr-247 |
|    Defendants. | ) | |

A status conference will be held before the magistrate judge on December 15, 2020, at 10:00 a.m. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 5th day of March, 2020.

                */s/ Clare R. Hochhalter*
                Clare R. Hochhalter, Magistrate Judge
                United States District Court