## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Karen Morse, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| | ) | |
| | ) | Case No. 1:19-cv-247 |
| City of Velva, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Before the Court is an Amended Joint Proposed Scheduling/Discovery Plan. (Doc. No. 19). The parties jointly request that certain scheduling order deadlines be amended.

At this time, the Court **ADOPTS IN PART** the parties' stipulation. While not theoretically opposed to counsel's request to base the deadlines on future dispositive motion decisions, for clarity's sake, the Court will amend the deadlines to the dates certain provided by the parties. If the parties wish to further amend these deadlines after a dispositive order is issued, they may file another stipulation at that time.

As such, the Court amends the scheduling plan as follows.

1. The parties shall make by **May 27, 2020**, Rule 26(a)(1) disclosures;

2. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    Plaintiffs: **August 14, 2020**

    Defendants: **September 15**, **2020**

3. The parties shall have until **October 16, 2020**, to complete discovery depositions of expert witnesses.

'       All other dates remain unchanged. Furthermore, the Court specifically denies the parties' request to modify future deadlines without leave of court.

**IT IS SO ORDERED**.

Dated this 1st day of May, 2020.

*/s/  Clare R. Hochhalter*
Clare R. Hochhalter
United States Magistrate Judge
